IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:09 CV 508

| | |
|---|---|
| JASON MYERS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROUSH FENWAY RACING, LLC,<br><br>　　　　　　　Defendant. | NOTICE OF APPEARANCE |

　　　　David C. Wright, III, of the law firm of Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the court and all parties that he will appear along with Angelique R. Vincent for all purposes herein on behalf of Defendant Roush Fenway Racing, LLC. Please direct all future correspondence, notices and other contacts regarding this case to Mr. Wright and Ms. Vincent through the CM/ECF electronic filing and service system or first-class mail.

　　　　This 14th day of July, 2009.

　　　　　　　　　　　　　　　　　　　　　　/s/ David C. Wright, III
　　　　　　　　　　　　　　　　　　　　　　David C. Wright, III
　　　　　　　　　　　　　　　　　　　　　　N.C. Bar No. 11161
　　　　　　　　　　　　　　　　　　　　　　Angelique R. Vincent
　　　　　　　　　　　　　　　　　　　　　　N.C. Bar No. 29547

　　　　　　　　　　　　　　　　　　　　　　Robinson, Bradshaw & Hinson, P.A.
　　　　　　　　　　　　　　　　　　　　　　101 North Tryon Street, Suite 1900
　　　　　　　　　　　　　　　　　　　　　　Charlotte, North Carolina 28246
　　　　　　　　　　　　　　　　　　　　　　Telephone: (704) 377-2536
　　　　　　　　　　　　　　　　　　　　　　Fax: (704) 373-4000
　　　　　　　　　　　　　　　　　　　　　　E-mail: dwright@rbh.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　avincent@rbh.com

CERTIFICATE OF SERVICE

I hereby certify that on July 14th, 2009, I electronically filed the foregoing **NOTICE OF APPEARANCE** which will automatically serve the following CM/ECF participant:

> Joshua R. Van Kampen
> josh@charloteemploymentlaw.com
> Attorney for Plaintiff

/s/ David C. Wright, III
David C. Wright, III
dwright@rbh.com